No. 5022.—San Juan Racing & Sporting Club, Inc., aplte.,

*v.* CASTRO MARTÍNEZ ET AL., apldos.—C. D. San Juan. Nov 23, 1929.